February 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN GIRALDO, Appellant

NO. 14-12-00256-CV                V.

JUAN J. JIMENEZ PAVIA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, JUAN J. JIMENEZ PAVIA, signed February 9, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, JOHN GIRALDO, to pay all costs incurred in this appeal. We further order this decision certified below for observance.